CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

DEC 0 3 2009

JOHN F. CORCORAN, CLERK
BY:
   DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | Case No. 5:07cr00045 |
| | ) | |
| | ) | **2255 FINAL ORDER** |
| v. | ) | |
| | ) | **By: Samuel G. Wilson** |
| **WILLIAM GILBERT SPENCE, JR.** | ) | **United States District Judge** |

In accordance with the accompanying Memorandum Opinion, it is hereby **ORDERED** and **ADJUDGED** that the United States' motion to dismiss is **GRANTED**; the above referenced motion pursuant to 28 U.S.C. § 2255 is hereby **DISMISSED**; and this action shall be **STRICKEN** from the active docket of this court.

Further, finding that Spence, Jr. has failed to make a substantial showing of the denial of a constitutional right as required by 28 U.S.C. § 2253(c)(1), a certificate of appealability is **DENIED**.

The Clerk is directed to send certified copies of this Order and the accompanying Memorandum Opinion to the parties.

**Enter:** This 3d day of December, 2009.

_____
UNITED STATES DISTRICT JUDGE